IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **RODRIGUEZ R. BRADLEY**, <br> **a.k.a RODRIQUEZ R. BRADLEY**, <br><br> Defendant. | **Case No. 18-03073-03-CR-S-BP** |

## *MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

COMES NOW, the United States of America, by the undersigned Assistant United States Attorney for the Western District of Missouri, and respectfully requests a Writ of Habeas Corpus Ad Prosequendum.

Defendant, Rodriguez R. Bradley, a.k.a Rodriquez R. Bradley (Missouri DOC #1181779), is currently incarcerated at the Missouri Department of Corrections - Fulton Reception and Diagnostic Center, 1393 Route O, P.O. Box 190, Fulton, Missouri 65251.

                                                        Respectfully submitted,

                                                        Timothy A. Garrison
                                                        United States Attorney

By:   */s/ Nhan D. Nguyen*
       Nhan D. Nguyen
       Assistant United States Attorney
       901 St. Louis Street, Suite 500
       Springfield, Missouri 65806-2511
       (417) 831-4406

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on July 13, 2018, to the CM/ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                                */s/ Nhan D. Nguyen*
                                                Nhan D. Nguyen
                                                Assistant United States Attorney